United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11   JUANITA SNEED,                              No. C-14-03292 DMR

12              Plaintiff(s),              **ORDER TO SUPPLEMENT IFP APPLICATION**

13        v.

14   CHRISTIAN B. ANDERSON ET AL,

15              Defendant(s).
                                        /
16

17        *Pro se* Plaintiff Juanita Sneed filed her Complaint and an application to proceed *in forma*

18   *pauperis* (IFP) on July 1, 2014.  [Docket No. 1.]  This case was transferred to this Court on July 22,

19   2014.  [Docket No. 2.]  Having reviewed Plaintiff's IFP application, the court orders Plaintiff to

20   supplement her application by providing a full response to question No. 3.  Plaintiff shall file a

21   statement providing the requested information by no later than September 10, 2014.  Failure to

22   respond may result in denial of the IFP application.

23

24        IT IS SO ORDERED.

25

26   Dated:  August 28, 2014

27                                        _____
                                          DONNA M. RYU
28                                        United States Magistrate Judge