UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA SNEED,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTIAN B. ANDERSON, et al.,<br><br>    Defendants. | Case No. 14-cv-03292-JST<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFF SHOULD NOT BE SANCTIONED**<br><br>Re: ECF No. 12 |

    Plaintiff Juanita Sneed failed to appear telephonically or in person at the case management conference that took place December 17, 2014 at 2:00 PM.  See ECF No. 12.  The Court notes that Plaintiff resides in Compton, California.  Plaintiff is advised that she may file a request to appear telephonically if she is unable to appear in person at a hearing.

    The Court hereby sets a hearing for January 29, 2015 at 2:00 PM, at which Plaintiff will be required to show cause why she should not be sanctioned for her failure to appear at the December 17, 2014 case management conference.  A hearing on Defendant Leal P. Farinas' motion to dismiss, ECF No. 25, is scheduled to occur at the same date and time.

    Plaintiff is advised that there is helpful information for *pro se* litigants at http://cand.uscourts.gov/proselitigants , including the Northern District's *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*. The handbook is also available free of charge at the Clerk's Office.

    Plaintiff is also encouraged to seek the assistance of the free Legal Help Center operated by the Bar Association of San Francisco.  The Legal Help Center has locations at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, California and at 1301 Clay Street, 4th Floor, Room 470S, Oakland, California.  Assistance is provided by appointment only.  A litigant may schedule an appointment by signing up in the appointment book located on the table outside the

1    door of the Center or by calling the Legal Help Center appointment line at 415-782-8982.

2    **IT IS SO ORDERED.**

3    Dated: January 5, 2015

_____
JON S. TIGAR
United States District Judge