UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA SNEED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN B. ANDERSON, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-03292-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 25 |

　　Before the Court is Defendant Leah P. Farinas' motion to dismiss . ECF No. 25. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for January 29, 2015, is hereby VACATED.

　　The hearing on the Court's order to show cause why Plaintiff should not be sanctioned for her failure to appear at the December 17, 2014 case management conference, ECF No. 27, shall remain on calendar on the same date.

　　IT IS SO ORDERED.

Dated: January 20, 2015

_____
JON S. TIGAR
United States District Judge