UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUANITA SNEED,

    Plaintiff,

v.

CHRISTIAN B. ANDERSON, et al.,

    Defendant.

Case No. 14-cv-03292-JST

**ORDER APPROVING REQUEST TO APPEAR BY TELEPHONE**

Re: ECF No. 30

The Court hereby GRANTS Defendant's request to appear by telephone at the order to show cause hearing scheduled for January 29, 2014 at 2:00 P.M. Not less than twenty-four hours before the hearing, counsel shall contact the courtroom deputy at 415-522-2036 or jstcrd@cand.uscourts.gov to provide a direct dial number at which counsel can be reached for the hearing.

**IT IS SO ORDERED.**

Dated: January 26, 2015

                                        JON S. TIGAR
                            United States District Judge