UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA SNEED,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTIAN B. ANDERSON, et al.,<br><br>    Defendants. | Case No. 14-cv-03292-JST<br><br>**ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED WITH PREJUDICE PURSUANT TO RULE 41(B)**<br><br>Re: ECF No. 32 |

On January 5, 2015, the Court issued an order to show cause why Plaintiff Juanita Sneed should not be sanctioned for her failure to appear at the case management conference that occurred on December 17, 2014 at 2:00 P.M. ECF No. 27. The Court set the order to show cause hearing for January 29, 2015 at 2:00 P.M and advised Plaintiff that she could request to appear telephonically. Id. Plaintiff failed to appear at the hearing. The Court finds that Plaintiff has failed to present good cause for her failure to appear at the December 17, 2014 case management conference. The Court hereby sanctions Plaintiff in the amount of $50, but will stay the imposition of these sanctions pending further order of the Court.

In light of her failure to appear at the Court's January 29, 2015 order to show cause hearing, the Court hereby issues an ORDER TO SHOW CAUSE why Plaintiff's complaint should not be dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, since monetary sanctions have proven ineffective, since Plaintiff has now failed to appear at two consecutive hearings, and since it appears that Plaintiff has abandoned the prosecution of the action.

/ / /

/ / /

1     Plaintiff shall file a written response to this order no later than March 2, 2015.  If Plaintiff fails to file a response by this date, the complaint will be dismissed with prejudice.

IT IS SO ORDERED.

Dated: February 4, 2015

                                              JON S. TIGAR
                                      United States District Judge